IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 74.66.244.146

**ISP:** Time Warner Cable
**Physical Location:** New York, NY

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 04/16/2018 05:40:34 | EE0FE17C4BC6142DADE86A0F45C94D0709A47710 | Party Of Three |
| 08/03/2017 16:10:06 | ED4082F76D0F2AB384D1F6104C5DBAB00017C0C6 | Sex For Three By The Sea |
| 07/02/2017 13:36:18 | CC3DF8A65752C0CBF2C10B8755E7B6B494EA30DA | XXX Threeway Games |
| 09/05/2016 23:39:48 | 06F25AFFA145B9E0AA5AEF64EB9200F9A5BD8D4E | Pussy Cat Burglar |
| 08/01/2016 16:56:32 | 9ACCD9F498769C3E61D1934C9237406ACF9D11DE | The Call Girl |
| 06/29/2016 17:00:54 | ADFC811745F594226B1B17C3EA09C02836965574 | Triple Blonde Fantasy |
| 05/02/2016 04:35:30 | B8E7FB1B157A9CBB4DB782BA8F1DA360F0734134 | Threesome With a View |
| 03/30/2016 04:29:38 | E3690788B5FB794FCCFA645DE69149568205F6B0 | Twice as Nice |

**Total Statutory Claims Against Defendant: 8**

EXHIBIT A

SNY464