USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10 / 1 / 2018

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Malibu Media, LLC

     Plaintiff,

v.

John Doe Subscriber assigned IP Address
74.66.244.146

ECF Case

1:18-cv-06582-DLC

[~~PROPOSED~~] Order Permitting
Subscriber to Proceed Anonymously

This matter comes before the Court on John Doe Subscriber's Letter Motion to Proceed Anonymously.  After review of the letter motion and the authorities cited within, the Court finds that good cause has been shown to permit the subscriber to proceed anonymously. As such, Plaintiff is ORDERED not to disclose the Subscriber's name, address, telephone number, email, social media username, or any other identifying information, other than Subscribers IP address that Plaintiff may subsequently learn.  The John Doe Subscriber ~~and any subsequently chosen the~~ ~~Defendant(s)~~ will be permitted to litigate this case anonymously unless and until this Court orders otherwise, ~~and only after the Subscriber or Defendant has had an opportunity to challenge the~~ *the* ~~disclosure~~ Therefore, Plaintiff is ORDERED not to publicly file any of the Subscriber or Defendant's identifying information and to ~~file all~~ *redact from publicly filed* documents ~~containing~~ the Subscriber's identifying information ~~under seal~~ .

SO ORDERED this ___28th___ day of September, 2018

_____
Denise L. Cote
United States District Judge