**KEVIN T. CONWAY, ESQ.**
**ATTORNEY AT LAW**
**LICENSED IN**
**N.Y., N.J., CT.**

| | |
|---|---|
| 664 Chestnut Ridge Road | c/o DeCotiis, Fitzpatrick, Cole & Giblin, LLC |
| Spring Valley, NY 10977 | 500 Frank W. Burr Blvd., Ste. 31 |
| Tel: (845) 352-0206 | Teaneck, NJ 07666 |
| Fax: (845) 352-0481 | Tel: (201) 928-1100 |

November 15, 2018

The Honorable Judge Denise L. Cote
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

> **Re: 1:18-cv-06582-DLC, Malibu Media, LLC v. John Doe Assigned IP Address:**
> **74.66.244.146 -** *Plaintiff's Letter Motion to Adjourn the Initial Conference*
> *on November 16, 2018 at 2:00 p.m.*

Dear Judge Cote:

I represent Plaintiff, Malibu Media, LLC, in the above-referenced matter. Please allow this letter to serve as a motion to adjourn the Initial Pre-Trial Conference scheduled for November 16, 2018 at 2:00 p.m.

This matter has been filed as a John Doe, the Internet subscriber assigned the referenced IP address, wherein Plaintiff is claiming defendant's direct infringement of several of Plaintiff's works through the BitTorrent protocol. To date, Plaintiff has been in settlement negotiations with Defendant's counsel and settlement has been reached. Plaintiff anticipates filing a Notice of Settlement with the Court today. As such, Plaintiff is respectfully requesting an adjournment of the Initial Pre-Trial Conference for November 16, 2018. This request is being made upon the consent of all parties. Plaintiff apologizes to the Court for the short notice.

WHEREFORE, we respectfully request that this Court grant Plaintiff's motion for an adjournment of the telephone conference on November 16, 2018 at 2:00 p.m.

Respectfully Submitted,

By:   /s/ *Kevin T. Conway*
Kevin T. Conway (KC-3347)
664 Chestnut Ridge Road
Spring Valley, NY 10977-6201
T: (845) 352-0206
F: (845) 352-0481
Email: ktcmalibu@gmail.com
*Attorneys for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 15, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                              By:    /s/ *Kevin T. Conway*
                                                          Kevin T. Conway (KC-3347)
                                                          664 Chestnut Ridge Road
                                                          Spring Valley, NY 10977-6201
                                                          T: (845) 352-0206
                                                          F: (845) 352-0481
                                                          Email: ktcmalibu@gmail.com
                                                          *Attorneys for Plaintiff*