UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
MALIBU MEDIA, LLC,                    :    18cv6582(DLC)
                                      :
                Plaintiff,            :    ORDER OF
                                      :    DISCONTINUANCE
        -v-                           :
                                      :
JOHN DOE subscriber assigned IP       :
address 74.66.244.146,                :
                                      :
                Defendant.            :
------------------------------------- X

DENISE COTE, District Judge:

It having been reported to this Court that this case has been settled, it is hereby

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by **December 17, 2018**. If no such application is made by that date, today's dismissal of the action is with prejudice. See Muze, Inc. v. Digital On Demand, Inc., 356 F.3d 492, 494 n.1 (2d Cir. 2004).

IT IS FURTHER ORDERED that the initial pretrial conference scheduled for November 16 is cancelled.

Dated:   New York, New York
         November 15, 2018

                                    _____
                                              DENISE COTE
                                     United States District Judge